45526. SMITH v. THE STATE.

BELL, Chief Judge. 1. The State's evidence that the defendant carried a shotgun to an elementary school building during school hours with students present authorized his conviction for carrying a firearm to a public gathering under *Code Ann.* § 26-2902.
2. No error of law appears in the charge for any reason advanced by defendant and the judgment is

*Affirmed. Quillian and Whitman, JJ., concur.*
SUBMITTED SEPTEMBER 8, 1970—DECIDED NOVEMBER 6, 1970.

*Casey Thigpen, Eva L. Sloan,* for appellant.
*Thomas A. Hutcheson, Solicitor,* for appellee.